UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMENIC SILVESTRI,<br>      Plaintiff<br><br>      v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>      Defendant | )<br>)<br>)<br>)<br>)   C.A. No. 05-269ML<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ASSENTED-TO MOTION FOR REMAND
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

Now comes the Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("the Commissioner") by and through her attorneys, and moves pursuant to Sentence Four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for entry of a judgment reversing her decision and remanding this case for further administrative proceedings.

Defendant further relies on the attached memorandum of law.

*Granted.*
*Mary M. Lisi*
*USDJ 12/30/05*

Respectfully submitted,

JO ANNE B. BARNHART,
Commissioner
Social Security Administration

By her Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

_____
MICHAEL P. IANNOTTI
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000

## CERTIFICATE OF SERVICE

I hereby certify that on the ___23rd___ day of December, 2005, I caused a copy of the foregoing Assented-to Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g) and supporting memorandum to be forwarded, by postage prepaid mail, to James J. Gannon, Green & Greenberg, 116 Orange Street, Providence, RI 02903.

_/s/ signature_